1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JUSTIN WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6378
5  Justin.Washburne@usdoj.gov
   *Attorneys for the United States*

6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,                Case No. 2:23-mj-739-NJK

9            Plaintiff,
                                             **Stipulation for an Order**
10      v.                                   **Directing Probation to Prepare**
                                             **a Criminal History Report**
11 MARCO ANTONIO RODRIGUEZ-VALDEZ,
         aka "Marco Rodriguez-Valdez,"
12       aka "Marco Antonio Arredondo-Zazueta,"
         aka "Antonio Arredondo,"
13       aka "Marco Zazueta,"

14           Defendant.

15

16      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

17 Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney,

18 counsel for the United States of America, Rene L. Valladares, Federal Public Defender,

19 and Heather Fraley, Assistant Federal Public Defender, counsel for defendant

20 MARCO ANTONIO RODRIGUEZ-VALDEZ, that the Court direct the U.S. Probation

21 Office to prepare a report detailing the defendant's criminal history.

22      This stipulation is entered into for the following reasons:

23      1.   The United States Attorney's Office has developed an early disposition

24 program for immigration cases, authorized by the Attorney General pursuant to the

PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 14 day of August, 2023.

Respectfully Submitted,

RENE L. VALLADARES  
Federal Public Defender

/s/  
Assistant Federal Public Defender  
Counsel for Defendant MARCO ANTONIO RODRIGUEZ-VALDEZ

JASON M. FRIERSON  
United States Attorney

/s/ Justin Washburne  
JUSTIN J. WASHBURNE  
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARCO ANTONIO RODRIGUEZ-VALDEZ,<br>  aka "Marco Rodriguez-Valdez,"<br>  aka "Marco Antonio Arredondo-Zazueta,"<br>  aka "Antonio Arredondo,"<br>  aka "Marco Zazueta,"<br><br>  Defendant. | Case No. 2:23-mj-739-NJK<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 22nd day of August, 2023.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3